No. 95–7216. GREEN v. 25TH JUDICIAL DISTRICT PROBATION DEPARTMENT. C. A. 5th Cir. Certiorari denied.

No. 95–7217. JEFFREY v. EDINBURG HOSPITAL. C. A. 5th Cir. Certiorari denied.

No. 95–7219. MALIK ET AL. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–7221. MALIK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7223. FORD v. LONG, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 95–7227. WOLFE v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET. C. A. 3d Cir. Certiorari denied.

No. 95–7228. DEVON v. VAUGHN ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7229. CANNADY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7230. BENNETT v. CALIFORNIA (two judgments). Sup. Ct. Cal. Certiorari denied.

No. 95–7232. BRAGA v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 95–7233. COOPER v. LOMBARDI, DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS. Sup. Ct. Mo. Certiorari denied.

No. 95–7234. BLACKMON v. UNITED STATES; and
No. 95–7239. JONES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7235. MAHDAVI v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.